273 U.S. 712
 47 S.Ct. 102
 71 L.Ed. 853
 ATLANTIC COAST LINE RAILROAD COMPANY, petitioner,
v.
STANDARD OIL COMPANY OF NEW JERSEY.*
 No. 505.
 Supreme Court of the United States
 October 18, 1926
 
 Messrs. Frank W. Gwathmey, of Washington, D. C., Murray Allen, of Raleigh, N. C., and Thomas W. Davis, of Wilmington, N. C., for Atlantic Coast Line R. Co.
 Messrs. Frank W. Gwathmey, of Washington, D. C., and Murray Allen, of Raleigh, N. C. (Messrs. C. P. Reynolds and James F. Wright, both of Norfolk, Va., of counsel), for Seaboard Air Line Ry. Co.
 Messrs. Charles McH. Howard and Edward F. Johnson, both of Baltimore, Md., George H. Tower, of New York City, and James H. Pou, of Raleigh, N. C., for respondent.
 
 
 1
 Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.
 
 
 
 *
 Leave granted to file petition for rehearing—U. S. —, 47 S. Ct. 574, 71 L. Ed. —.